IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TYLER PANNIER, individually and as parent of L.P., a minor;<br><br>        Plaintiff,<br><br>  vs.<br><br>PIZZA RANCH, INC., an Iowa corporation; M.J. RANCHES MANAGEMENT, LLC, AND a South Dakota corporation; and PIZZA BLENDS, INC., a Washington Corporation;<br><br>        Defendants. | 8:16CV136<br><br>ORDER OF DISMISSAL |

This matter is before the Court on the Parties' Stipulation of Dismissal without Prejudice, ECF No. 54. The Stipulation complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. The above-captioned action will be dismissed without prejudice, and the Court will not assess costs or attorney's fees. Accordingly,

IT IS ORDERED:

1. The Stipulation of Dismissal without Prejudice, ECF No. 54, is approved;

2. The above-captioned action is dismissed without prejudice;

3. Any pending motions are terminated; and

4. The Court will not assess costs or attorney's fees.

Dated this 6th day of January, 2017.

                                            BY THE COURT:

                                            s/Laurie Smith Camp
                                            Chief United States District Judge